302 U.S. 721
 58 S.Ct. 42
 82 L.Ed. 557
 UNITED STATES, ex relatione SOCIETE DE CONDENSATION ET D'APPLICATIONS MECHANIQUES, petitioner,
v.
Conway P. COE, Commissioner of Patents.*
 No. 298.
 Supreme Court of the United States
 October 11, 1937
 
 Messrs. Reeve Lewis and Philip Mauro, both of Washington, D. C., for petitioner.
 
 
 1
 For opinion below, see 91 F.(2d) 238.
 
 
 2
 Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.
 
 
 
 *
 Rehearing denied 302 U.S. 776, 58 S.Ct. 136, 82 L.Ed. ——. Second petition for rehearing denied 304 U.S. 589, 58 S.Ct. 1043, 82 L.Ed. ——.